**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLEE BUTLER,<br><br>          Plaintiff,<br><br>                    v.<br><br>MERCK & CO., INC. and MERCK SHARP &<br>DOHME CORP.,<br><br>          Defendants. | Case No. 3:22-CV-10006 |

**DEFENDANTS MERCK & CO., INC. AND MERCK SHARP & DOHME CORP.'S**
**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively, "Merck") move to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). In support of this Motion to Dismiss, Merck relies upon its Memorandum of Law, filed simultaneously herewith, and briefly states the following:

1.      Merck moves to dismiss Plaintiff's warning-based claims because Plaintiff alleges Merck failed to provide adequate warnings accompanying its FDA-approved vaccine Gardasil, but Plaintiff fails to plead facts showing Merck could have changed the warnings without FDA approval. As pled, Plaintiff's claims are thus preempted.

2.      Merck moves to dismiss parts of Plaintiff's Negligence (Count I) and Plaintiff's Implied Warranty: Manufacturing Defect (Count III) claims because both are thinly veiled design-defect claims that are expressly preempted.

3.      Merck moves to dismiss Plaintiff's entire Complaint because it is inadequately pled under Rules 8 and 9, fails under Massachusetts law, and/or fails to plead facts establishing essential elements of her claims.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned certifies that Merck's counsel attempted in good faith to confer with Plaintiff's counsel to narrow or resolve the issues raised in the Motion to Dismiss, and to advise Plaintiff's counsel that Merck would file a motion to dismiss the causes of action set forth in Plaintiff's Complaint. Plaintiff's counsel has not assented to the relief sought in this Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

Merck respectfully requests oral argument on the present motion.

WHEREFORE, Merck respectfully requests that this Court:

A.  Dismiss all Causes of Action of Plaintiff's Complaint; and

B.  Grant such other and further relief as the Court deems just.

Date: April 28, 2022                    Respectfully submitted,

*/s/ Amy B. Royal*
Amy B. Royal, Esq. (BBO #647175)
THE ROYAL LAW FIRM
819 Worcester Street, Suite 2
Springfield, MA, 01151
Telephone: (413) 586-2288
Facsimile: (413) 586-2281
aroyal@theroyallawfirm.com

Edward Dumoulin (*pro hac vice forthcoming*)
Betsy Farrington (*pro hac vice forthcoming*)
Marie Notter (*pro hac vice forthcoming*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

edumoulin@goldmanismail.com
bfarrington@goldmanismail.com
mnotter@goldmanismail.com

*Counsel for Merck & Co., Inc. and
Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Amy B. Royal*
Amy B. Royal